IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| ELDERS, KIMBERLY ANN | ) | CASE NO. 11-03808-CAD |
| | ) | |
| Debtor(s) | ) | Hon. CAROL A. DOYLE |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## TRUSTEE'S APPLICATION FOR
## COMPENSATION AND EXPENSES

TO:    THE HONORABLE CAROL A. DOYLE
       BANKRUPTCY JUDGE

NOW COMES ANDREW J. MAXWELL, Trustee herein, pursuant to 11 U.S.C. §330, and requests $484.79 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $1,939.14. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $484.79 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $0.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $484.79 | |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised to the undersigned in any capacity in connection with the above captioned case, except as previously authorized and approved by the Bankruptcy Court.

/s/ Andrew J. Maxwell
Trustee

**EXHIBIT E**

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| Trustee's Attorneys |  |  |  |
| Trustee's Accountants |  |  |  |
| Any Other Professional |  |  |  |
| Trustee's Other Professionals |  |  |  |
| Debtor's Attorney |  |  |  |
| Debtor's Accountant |  |  |  |
| TOTALS | 0.00 | 0.00 | 0.00 |

EXHIBIT G

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| ELDERS, KIMBERLY ANN | ) | CASE NO. 11-03808-CAD |
| | ) | |
| Debtor(s) | ) | Hon. CAROL A. DOYLE |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

ORDER AWARDING TRUSTEE COMPENSATION
AND FOR OTHER RELIEF

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees is allowed as follows:

1.     Trustee's compensation                                  $484.79

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court. Any interim allowance of fees and costs is hereby confirmed as final.

FURTHER, IT IS HEREBY ORDERED that the Trustee is authorized to, and by the entry hereof does, abandon the following property:


FURTHER, IT IS HEREBY ORDERED that Trustee is authorized to destroy Debtor's records now in the possession of the Trustee.

DATED this _____ day of _____, 2012.

ENTERED:


_____
UNITED STATES BANKRUPTCY JUDGE