Certificate of Notice    Page 1 of 6

CAROL A. DOYLE

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ELDERS, KIMBERLY ANN | § | Case No. 11-03808 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　　　　CLERK OF THE U.S. BANKR. CT
　　　　　219 S. DEARBORN STREET
　　　　　7TH FLOOR
　　　　　CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/17/2012 in Courtroom 742,

　　　　　United States Courthouse
　　　　　219 South Dearborn
　　　　　Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/20/2012　　　　　　　　　　By: /s/ Andrew J. Maxwell
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee


*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: § 
 § 
 § 
ELDERS, KIMBERLY ANN § Case No. 11-03808
 § 
 § 
Debtor(s) § 

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 3,878.16 |
| and approved disbursements of | $ | 1,955.04 |
| leaving a balance on hand of[1] | $ | 1,923.12 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 484.79 | $ 0.00 | $ 484.79 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 484.79 |
| Remaining Balance | $ 1,438.33 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,302.37 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 14,268.46 | $ 0.00 | $ 581.34 |
| 000002 | FIA CARD SERVICES, N.A. | $ 11,714.34 | $ 0.00 | $ 477.28 |
| 000003 | Chase Bank USA, N.A. | $ 9,319.57 | $ 0.00 | $ 379.71 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,438.33 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                   Case No. 11-03808-CAD
Kimberly Ann Elders                                      Chapter 7
        Debtor              CERTIFICATE OF NOTICE

District/off: 0752-1        User: ahamilton         Page 1 of 2       Date Rcvd: Apr 23, 2012
                            Form ID: pdf006         Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2012.
db           +Kimberly Ann Elders,   1912 Golf View Dr.,   Bartlett, IL 60103-9543
16744774      Advanced Cardiology Consultants LTD,   1710 N Randall Rd STE 340,   Elgin, IL 60123-9405
16744776     +Associates In Pediatrics SC,   1015 Summit Street,   Elgin, IL 60120-4302
16744777      Bank of America,    P.O. Box 5170,   Simi Valley, CA 93062-5170
16744780      Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
18103813      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16744782      Disney Rewards,   Cardmember Services,   PO BOX 15153,   Wilmington, DE 19886-5153
18055877      FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
16744784     +Sherman Hospital,   1425 N Randall Rd,   Elgin, IL 60123-2300
16744786      The Home Depot,   Processing Center,   De Moines, IA 50364-0500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16744785      Fax: 847-227-2151 Apr 24 2012 03:54:53      C/O Medical Recovery Specialists,
               2250 E Devon Ave STE 352,   Des Plaines, IL 60018-4519
18037389      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 24 2012 02:56:31      Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
16744781      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 24 2012 02:56:31      Discover Financial Services,
               PO BOX 6103,   Carol Steam, IL 60197-6103
16744783     +E-mail/Text: CLIENTSERVICES@NORTHWESTCOLLECTORS.COM Apr 24 2012 03:03:41      Northwest Collectors,
               3601 Algonquin Rd #232,   Rolling Meadows, IL 60008-3143
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16744779*     Bank Of America,   PO BOX 15026,   Wilmington, DE 19850-5026
16744775    ##+Associates In Orthopaedic Surgery,   1710 North Randall Road SUITE 140,   Elgin, IL 60123-9401
16744778    ##Bank of America,   P.O.Box 15026,   Wilmington, DE 19850-5026
                                                                                   TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 25, 2012**                **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: ahamilton              Page 2 of 2                  Date Rcvd: Apr 23, 2012
                              Form ID: pdf006              Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2012 at the address(es) listed below:
          Andrew J Maxwell    maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com
          Daniel K Robin    on behalf of Debtor Kimberly Elders danatlaw@aol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                               TOTAL: 3

Case 11-03808    Doc 23    Filed 04/23/12    Entered 04/25/12 23:37:19    Desc Imaged
Certificate of Notice    Page 6 of 6