UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
ELDERS, KIMBERLY ANN § Case No. 11-03808
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on                 . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jason Elders |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America P.O. Box 5170 Simi Valley, CA  93062-5170 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanced Cardiology Consultants LTD 1710 N Randall Rd STE 340 Elgin, IL 60123-9405 | | | | | |
| | Associates In Orthopaedic Surgery 1710 North Randall Road SUITE 140 Elgin, IL 60123 | | | | | |
| | Associates In Pediatrics SC 1015 Summit Street Elgin, IL 60120 | | | | | |
| | Bank Of America PO BOX 15026 Wilmington, DE 19850-5026 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America P.O.Box 15026 Wilmington, DE 19850-5026 |  |  |  |  |  |
|  | Chase P.O. Box 15153 Wilmington, DE 19886-5153 |  |  |  |  |  |
|  | Discover Financial Services PO BOX 6103 Carol Steam, IL 60197-6103 |  |  |  |  |  |
|  | Disney Rewards Cardmember Services PO BOX 15153 Wilmington, DE 19886-5153 |  |  |  |  |  |
|  | Northwest Collectors 3601 Algonquin Rd #232 Rolling Meadows, IL 60008 |  |  |  |  |  |
|  | Sherman Hospital C/O Medical Recovery Specialists 2250 E Devon Ave STE 352 Des Plaines, IL 60018-4519 |  |  |  |  |  |
|  | The Home Depot Processing Center De Moines, IA 50364-0500 |  |  |  |  |  |
| 000003 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 000001 | DISCOVER BANK |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | FIA CARD SERVICES, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-03808 CAD Judge: CAROL A. DOYLE | | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | ELDERS, KIMBERLY ANN | | | Date Filed (f) or Converted (c): | 01/31/11 (f) |
| | | | | 341(a) Meeting Date: | 03/09/11 |
| For Period Ending: | 06/12/12 | | | Claims Bar Date: | 02/07/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 135 Cedarfield Drive, Bartlett, IL 60103 | 320,000.00 | 12,000.00 | | 0.00 | FA |
| 2. nominal cash | 75.00 | 75.00 | | 0.00 | FA |
| 3. checking at American Chartered Bank | 50.00 | 0.00 | | 0.00 | FA |
| 4. misc furniture furnishings and electronics | 450.00 | 450.00 | | 0.00 | FA |
| 5. clothing | 300.00 | 0.00 | | 0.00 | FA |
| 6. wedding ring | 750.00 | 0.00 | | 0.00 | FA |
| 7. District U46 Pension Plan | 0.00 | 0.00 | | 0.00 | FA |
| 8. American Funds | 6,429.00 | 3,229.00 | | 0.00 | FA |
| 9. estimated 2010 federal and state tax refunds | 8,000.00 | 7,250.00 | | 5,805.00 | FA |
| 10. 2001 GMC Yukon Denali | 5,000.00 | 2,600.00 | | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.16 | Unknown |
| TOTALS (Excluding Unknown Values) | $341,054.00 | $25,604.00 | | $5,805.16 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

joint tax refund intercepted

joint filer portion of tax refund distributed

asset report filed 11-11

Initial Projected Date of Final Report (TFR): 06/30/12     Current Projected Date of Final Report (TFR): 06/30/12

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Ver: 16.06b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-03808 -CAD | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ELDERS, KIMBERLY ANN | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4937 Money Market - Interest Bearing |
| Taxpayer ID No: | *******9685 | | | |
| For Period Ending: | 06/12/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/01/11 | 9 | United States Treasury | RCPTS - LIQUID. OF PERSONAL PROP. | 1124-000 | 3,878.00 | | 3,878.00 |
| 08/08/11 | 000101 | Jason Elders 135 Cedarfield Drive Bartlett, IL 60103 | 50% of tax refund for 2010 tax year | 8500-002 | | 1,939.00 | 1,939.00 |
| 08/31/11 | 11 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 1,939.02 |
| 09/30/11 | 11 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 1,939.04 |
| 10/31/11 | 11 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 1,939.06 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 2.47 | 1,936.59 |
| 11/30/11 | 11 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 1,936.61 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 2.39 | 1,934.22 |
| 12/30/11 | 11 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 1,934.24 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 2.38 | 1,931.86 |
| 01/31/12 | 11 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 1,931.88 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 2.53 | 1,929.35 |
| 02/29/12 | 11 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 1,929.37 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 2.29 | 1,927.08 |
| 03/26/12 | 000102 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 1.61 | 1,925.47 |
| 03/30/12 | 11 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 1,925.49 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 2.37 | 1,923.12 |
| 04/04/12 | | Transfer to Acct #*******5321 | Final Posting Transfer | 9999-000 | | 1,923.12 | 0.00 |

Page Subtotals 3,878.16 3,878.16

Ver: 16.06b

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-03808 -CAD | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ELDERS, KIMBERLY ANN | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4937 Money Market - Interest Bearing |
| Taxpayer ID No: | *******9685 | | | |
| For Period Ending: | 06/12/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 3,878.16 | 3,878.16 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 1,923.12 | |
| | | | Subtotal | | 3,878.16 | 1,955.04 | |
| | | | Less: Payments to Debtors | | | 1,939.00 | |
| | | | Net | | 3,878.16 | 16.04 | |

Page Subtotals  0.00  0.00

Ver: 16.06b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-03808 -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | ELDERS, KIMBERLY ANN | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5321 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9685 | | |
| For Period Ending: | 06/12/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/04/12 | | Transfer from Acct #*******4937 | Transfer In From MMA Account | 9999-000 | 1,923.12 | | 1,923.12 |
| 05/18/12 | 001001 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | COMPENSATION - TRUSTEE<br>Final Distribution | 2100-000 | | 484.79 | 1,438.33 |
| 05/18/12 | 001002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | | 7100-000 | | 581.34 | 856.99 |
| 05/18/12 | 001003 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | | 7100-000 | | 477.28 | 379.71 |
| 05/18/12 | 001004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | | 7100-000 | | 379.71 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | | 1,923.12 | 1,923.12 | 0.00 |
| Less: Bank Transfers/CD's | | 1,923.12 | 0.00 | |
| Subtotal | | 0.00 | 1,923.12 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 1,923.12 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - *******4937 | 3,878.16 | 16.04 | 0.00 |
| Checking Account (Non-Interest Earn - *******5321 | 0.00 | 1,923.12 | 0.00 |
| | 3,878.16 | 1,939.16 | 0.00 |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals           1,923.12        1,923.12

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-03808 -CAD | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ELDERS, KIMBERLY ANN | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******5321 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9685 | | | |
| For Period Ending: | 06/12/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Money Market - Interest Bearing - ********4937 | | Transfers) | To Debtors) | On Hand |
| | | | Checking Account (Non-Interest Earn - ********5321 | | | | |

Page Subtotals     0.00     0.00

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*